UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| MICHAEL A. MILLER and ADRIANA PEREZ, individually and on behalf of similarly situated individuals, | ) ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) | 5:23-cv-00085-OLG |
| BEXAR COUNTY, | ) ) | |
| *Defendant*. | ) | |

**CERTIFICATE OF CONFERENCE REGARDING BEXAR COUNTY'S MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to the Court's text-only order of April 10, 2023, I affirm that on February 21, 2023, the parties conferred regarding Plaintiff Michael Miller's claims in this lawsuit, and Plaintiff agreed to amend his complaint to omit state tort claims. Thereafter, Plaintiff filed an amended complaint omitting the state tort claims, adding another plaintiff, and adding allegations regarding GPS monitoring. Docket no. 8. Bexar County's motion to dismiss (docket no. 9) is directed to the amended complaint.

Bexar County's Motion to Dismiss First Amended Complaint
*Michael A. Miller v. Bexar County*
5:23-cv-00085-OLG                                                                                                                 1 of 2

                                        Respectfully Submitted,
                                        JOE GONZALES
                                        Bexar County Criminal District Attorney

By:    /s/ Robert W. Piatt III
      **ROBERT W. PIATT III**
      Bar No. 24041692
      Assistant District Attorney, Civil Division
      101 W. Nueva, 7th Floor
      San Antonio, Texas 78205
      Phone: (210) 335-0785
      Fax: (210) 335-2773
      robert.piatt@bexar.org
      *Attorney for Bexar County*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on the 12th day of April, 2023, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which provided electronic service upon all parties.

                                        /s/ Robert Piatt
                                        **ROBERT W. PIATT III**

Bexar County's Motion to Dismiss First Amended Complaint
*Michael A. Miller v. Bexar County*
5:23-cv-00085-OLG                                                                                                             2 of 2