AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
MAR 2 5 2024
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
    DEPUTY

| | |
|---|---|
| Michael Miller, et.al. | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. SA:23-CV-0085-OLG |
| Bexar County, Texas | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Order GRANTING Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, Plaintiff's Claims of Class Action are hereby DISMISSED. Clerks Judgment is entered and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Orlando L. Garcia

Date: MAR 25 2024

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*